**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

Yanbu LLC

Plaintiff,

v.

Gulf Transport & Trading, Ltd.

Defendant,

and

Shell USA, Inc.
Shell Trading (US) Company
Vitol Inc.
Trafigura Trading LLC
Glencore, Ltd

Garnishees.

Civil Action No.: 1:26-cv-00950-CFC

IN ADMIRALTY

**NOTICE OF DISMISSAL – GARNISHEE VITOL INC. (ONLY)**

Plaintiff Yanbu LLC pursuant to Fed. R. Civ. P. 41 notes dismissal of Garnishee Vitol, Inc. – only. No responsive pleadings have been filed, no other party including other garnishee is dismissed.

YOUNG CONAWAY STARGATT
& TAYLOR LLP

*/s/ Timothy Jay Houseal*
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6682
thouseal@ycst.com

**OF COUNSEL**

J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com

*Attorneys for Yanbu LLC*

Dated: August 27, 2026