**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ATNY Yanbu LLC<br><br>Plaintiff,<br><br>v.<br><br>Gulf Transport & Trading, Ltd.<br><br>Defendant,<br><br>and<br><br>ExxonMobil Sales and Supply LLC<br>Nigerian National Petroleum Corporation<br>Glencore Ltd.<br><br>Garnishees. | Civil Action No.: 1:26-cv-00950-CFC<br><br>IN ADMIRALTY |

**NOTICE OF DISMISSAL – GARNISHEES**
**EXXONMOBIL SALES AND SUPPLY LLC AND**
**NIGERIAN NATIONAL PETROLUEM CORPORATION (ONLY)**

Plaintiff ATNY Yanbu LLC, pursuant to Fed. R. Civ. P. 41, notes dismissal of Garnishees ExxonMobil Sales and Supply LLC ("ExxonMobil") and Nigerian National Petroleum Corporation ("Nigerian National") only. ExxonMobil has confirmed Gulf Transport & Trading, Ltd. has no outstanding accounts payable and Nigerian National could not be served. Glencore Ltd. remains as Garnishee in this action.

**OF COUNSEL**

J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Timothy Jay Houseal*
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6682
thouseal@ycst.com

*Attorneys for ATNY Yanbu LLC*

Dated: October 28, 2026